**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 25-6660**

---

WELDON EUGENE HOLTZCLAW, JR.,

Plaintiff - Appellant,

v.

JUDGE BROWN; JUDGE MCDONALD; JUDGE MILLER; UNITED STATES
DISTRICT COURT,

Defendants - Appellees.

---

Appeal from the United States District Court for the District of South Carolina, at
Greenville.  Donald C. Coggins, Jr., District Judge.  (6:25-cv-01066-DCC)

---

Submitted:  January 22, 2026                    Decided:  January 29, 2026

---

Before AGEE, RICHARDSON, and HEYTENS, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Weldon Eugene Holtzclaw, Jr., Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Weldon Eugene Holtzclaw, Jr., appeals the district court's order dismissing his civil action without prejudice for failure to prosecute. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Holtzclaw v. Brown*, No. 6:25-cv-01066-DCC (D.S.C. July 29, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*